

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00444-CR

Hector Javier Rodriguez Alvarado
v.
The State of Texas

On Appeal from the
275th District Court of Hidalgo County, Texas
Trial Cause No. CR-5212-15-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment <u>vacating counts two and three and</u> AFFIRMS <u>the remaining judgment as to count one</u>.

We further order this decision certified below for observance.

December 12, 2019